UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Rafael Estrada-Heredia,<br><br>      Petitioner,<br><br>v.<br><br>Eric Holder, United States Attorney General; Janet Napolitano, Secretary of Homeland Security; John Morton, or United States ICE Director for Minnesota; and Joel L. Brott, Sherburn County Sheriff, or Warden; Center of Immigration Detention<br><br>      Respondents. | Civil No. 12-1157 (SRN/SER)<br><br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Estrada-Heredia's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DENIED as moot;

2. Estrada-Heredia's request for attorney's fees is DENIED; and

3. This action is DISMISSED with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2012

                                                        s/Susan Richard Nelson
                                                        SUSAN RICHARD NELSON
                                                        United States District Judge