UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Rafael Estrada-Heredia,

    Petitioner,

v.

Eric Holder, United States Attorney
General; Janet Napolitano, Secretary
of Homeland Security; John Morton,
or United States ICE Director for
Minnesota; and Joel L. Brott, Sherburn
County Sheriff, or Warden; Center of
Immigration Detention

    Respondents.

Civil No. 12-1157 (SRN/SER)

ORDER ADOPTING REPORT
AND RECOMMENDATION

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Estrada-Heredia's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DENIED as moot;

    2.    Estrada-Heredia's request for attorney's fees is DENIED; and

    3.    This action is DISMISSED with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2012

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge